The primary issue before the court today is defining this in the context of signing, qualifying, and concluding. What role does the district court have in creating record as policy to both determine the record that is established by the parties? In other words, can the district court create a less astute factual consensus? This is a de-qualifying community. We were never part of the sub-district court record or the record at all. The constitution helped us out so much that we're going to keep it for the next few years. In any case, the reason I'm a little concerned about this, of course, is that the court structures must be signed by the plaintiffs. Correct. Correct. So, you have to understand the story, gentlemen. You've seen many of the videos. So, what was documented in the video is that the plaintiffs are primarily in the record because every minute of the interaction between Mr. Ratcliff and Al Stuber are either recorded by the plaintiffs or you can get the video in the record. And then you also put in the record the declaration of the district court. So, the plaintiffs, of course, accept that phrase. This is a sub-district court. And they also put into the record the exchange that is established by the district court. It's the team of the nine court courts. So, because of what you put into the record, it must be clear what you don't put into the record. I understand that at the district court, what's allowed is that, well, to see that there was no record for purposes of sub-district court, a file of the district court, because you can't file a 5-8-1 or a 2-5-8-3. And that's not going to challenge the rule because I looked at it. This is the very real confusion. Let's say we look at the district court record. It says to me that the judge did allow the filing of the ex-district court order. And on this record, it didn't. Okay. So, in that case, you presented evidence in your sub-district court. Correct. Next. The question is whether or not on the evidence you presented, it demonstrates that there are no additional sub-district court records. That's the question. Okay. I'm sorry. Okay. Okay. So, in this case, what happens is you have a record on the same side. It may be in your sub-district court. You're not hearing the six separate files from Hopps, Stuber, Tufts, Stockholm, or H-12. I don't know how many of them you have. I mean, I think it would be the regular 7-12. And it's probably the 3-12. So, that may be correct. I'm not sure whether or not it's correct. But, in that case, it's not being presented because there's no actual foundation of bondage to make that case. So, there are no actual bondage in the case. Okay. Okay. Okay. Correct. And also, I don't have a record. Can you think about what's in front of those files? So, the follow-up to that is there's a record in the register. So, I don't hear that. Because no one, other than the court, has raised that issue. So, that's the title of this case. I don't even know how many bodies we have. Right? I think you said five. So, we're just by a conclusion. Okay. But we've litigated this case for two years. Nowhere in the record did you have this. If he had any trouble hearing, if he didn't hear the command, does it matter to you that he's got this? Does it matter to you in case whether or not he heard the police officers? I've got no position as if the officer acted objectively in reasonable areas or circumstances. Perhaps. If he didn't hear, what difference does that make to the case? The difference, again, is that if you really wanted to make a difference to your case, I don't think it was the problem. It's just the court relied upon that. No, it's not irrelevant. It's not going to make any difference to your case. It does not make any difference to my case. If, for example, somebody was coming towards the office not because they were threatened, but simply because he didn't hear them and the officer was objective and acted in a reasonable way, but they needed to restrain the weapon that they were wearing, or they were not wearing. They were not. So, my difficulty with this case is this. Just because of those factors, right, and the fact that she was in order, that needed to be tried to the jury in prison. Why aren't there deputations looking into the state about whether or not they don't know what people heard? I think that's what's extremely important to understand. You just don't use it. I can hear it still. I can still hear it in the backgrounds, the voices, your audience answers, but it's not so clear what people heard or didn't hear. It's not so clear what was going on in the courtroom or what's going on in the jury's courtroom. It's not followed by the jury. It's different. The reason it's not followed by the jury is to prevent cases like this from going to the jury. I think it's extremely important to be clear. Recently there was a meeting with a number of cases, but most recently, in front of a number of judges in Florida, that used to look at the facts presented to the officer at the time that he reacted. And based on those facts, decide whether or not the base law officer in that case had a position of action in the way he did. I just want to add one more thing. It's one of the most important things that I've been hearing about in the judicial process with regards to the level of transparency in the jury's style of judicial detention. I see for purposes of our question that I'm able to agree with you that it's a reasonable jury style and that he was discriminated against because he's just too early in the interview to do an on-scene investigation. I'm just frankly, I don't know if he was discriminated against because he didn't have a position of action at any time. There's also an excessive force of people from the jury to come to him and say, Why is it that the agency, the state agency, doesn't have a jury level of transparency in its design? Because it's an effort that's so big and by and large, with the broad, robust, student background, prior to Trump administration, Trump administration, used it in a reasonable sense to impose by Mr. President a reasonable, thereby engaging, qualified medium because that's what he's clearly got. On the officers who were going to come initially, Mr. Abbott, Mr. Adkins, there is medical evidence testifying to the murder of Mr. Snowden There was a number of citizens on the scene for the first interview I think there was a hospital for the first interview What needs to happen to show that there's no source of persuasion for the forceful citizens is that you don't normally see excessive resistance to the president or his administration or anything like that. Excuse me, excuse me, excuse me, because then you have to go into the jury. What's the evidence that is your interest in this case? Where is it directed? The evidence is there. Otherwise, in terms of your source of interest, you would have said that, so you're saying where is it directed? I believe that it is directed from the perspective of Mr. Stook and I believe he expressed it in his demonstration about whether or not there is a source of confidence in who I am or the risks that all of the other investigators in the hospital have to face and whether or not there's a consequence or should be of the fact that Mr. Obama who is a great public figure has seen the records and said, well, you know, I don't know how long life is there in terms of the record that you have in the hospital. You can't say, well, we didn't know that's the case in there and I just would not request a declaration of confidence to point to the quickness of the process and the pace of the investigation that you are doing. If he was questioning it, if he was struggling against the efforts to press on and to try to relax the officers who couldn't use the trust that we have  hospital and the team it was only a part of the work that you have to do. You've got to actually analyze it right and take the time that you have to do it. And I think that's the best  to  it. I think that's the best way to do it. I think that's the best way to do it. I think that's the best way to do it. And I'm sorry. I'm just kidding. He pulled out his taser. And as soon as he pulled out his taser, he asked to pull out his taser before we started trying to talk into warning. So, of course, remember we started with thermal testing. And that was a little later. But    do it. And we did it. And we did it. And we did it. And we did it. And      did it.  we let you over to the device. And that is the One Temple of Pğluc. Also also presented by Doc G. And we are very   have you here today. We are very excited to have you here today. Wolf
judges: Tashima, Tallman, Hurwitz